■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORRIS FORDE, Appellant. [57 NYS3d 908]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Shillingford, J.), rendered December 10, 2013, convicting him of sexual abuse in the first degree and menacing in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the admission of certain evidence violated his constitutional right to confrontation is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Liner*, 9 NY3d 856, 856-857 [2007]; *People v Castro*, 149 AD3d 862 [2017]), and we decline to exercise our interest of justice jurisdiction to reach this contention.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit. Rivera, J.P., Leventhal, Austin and Christopher, JJ., concur.